ESTHER MENDELL, Respondent, v. LOUIS MENDELL, Also Known as LOUIS MONDELL, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WILLIAM HENKEL, as Trustee in Bankruptcy of T. P. TRACY & Co., INC., Appellant, v. THE CAPITOL NATIONAL BANK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NATIONAL SURETY COMPANY, Appellant, v. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Respondent, Appellant, and THE BANK OF AMERICA, Impleaded, Respondent.— Judgment affirmed, with costs to the defendant President and Directors of the Manhattan Company against the plaintiff. No opinion. Present — Dowling, P. J., Merrell, McAvoy and Proskauer, JJ.; Proskauer, J., dissents on the ground that, although the defendants' legal position is entirely sound, it was error to dismiss the complaint before the plaintiff had rested and after the court had reserved decision on the plaintiff's motion to strike out the defenses, with a privilege to the defendants' counsel to introduce further evidence if his motion were denied. [133 Misc. 48.]

In the Matter of the Judicial Settlement of the Account of Proceedings of FLORENCE C. H. BELCHER, as Administratrix, etc., of FREDERICK E. BELCHER, Deceased. In the Matter of the Petition of HENRIETTE B. MELSON, as General Guardian of MAXINE FREDERICKA BELCHER, an Infant, to Have Revoked Letters of Administration Issued to FLORENCE C. H. BELCHER, etc., as Administratrix, etc., of FREDERICK E. BELCHER, Deceased. In the Matter of the Judicial Settlement of the Account of Proceedings of FLORENCE C. H. HARLAN (Formerly FLORENCE C. H. BELCHER), as Administratrix, etc., of FREDERICK E. BELCHER, Deceased.*— Decree so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; McAvoy, J., dissents.

JAMES L. JOUGHIN, as Administrator, etc., of EVA MAUD JOUGHIN, Deceased, Respondent, v. MABEL H. BANKS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAMES L. JOUGHIN, Respondent, v. MABEL H. BANKS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GATTAS E. MALOOF, Respondent, v. COSTIKYAN & Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DAYTON E. SMITH, Respondent, Appellant, v. EUGENE BOROSS, Appellant, Respondent.— Judgment affirmed, with costs to the plaintiff. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLES W. SALOMON, Appellant, v. BACHRACK BROS., INC., and BENJAMIN BACHRACK, Respondents, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JEAN GROTSKY, Respondent, v. EDWARD I. GROTSKY, Appellant.— Order modified by reducing the amount of alimony to be paid to plaintiff to the sum of $125 per week, and the amount of counsel fee to the sum of $500, and as so modified

* Appeal dismissed, 250 N. Y. 620.